IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBY DeROSSETT, Husband,

Appellant,

v.

CLAUDETTE DeROSSETT,
Wife,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0401

Opinion filed July 20, 2016.

An appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

John N. Bogdanoff of the Carlyle Appellate Law Firm, The Villages, for Appellant.

Darby F. Hertz of Hertz & Kearns, Gainesville, for Appellee.

PER CURIAM.

AFFIRMED.

BILBREY and M.K. THOMAS, JJ., and BEVERLY, THOMAS M., ASSOCIATE JUDGE, CONCUR.